UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT ADAMS,<br>    Plaintiff,<br><br>-v-<br><br>INTERKAL, INC.,<br>    Defendant. | No. 1:12-cv-70<br><br>HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

Having dismissed all claims against the named defendant, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendant Interkal, Inc. and against Plaintiff Robert Adams.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: July 24, 2013          /s/ Paul L. Maloney
                             Paul L. Maloney
                             Chief United States District Judge